IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

QUINTON DANTE ROBINSON,

    Petitioner,        No. CIV S-09-1560 LKK GGH P

   vs.

CALIFORNIA ATTORNEY GENERAL,

    Respondent.        ORDER

_____/

        Petitioner has requested an extension of time to file a response to respondent's September 3, 2009, motion to dismiss. Petitioner also appears to be asking for the court to order jail authorities to permit him access to the law library facilities consistent with a "pro per" status, but also complains that such access is inadequate. Petitioner must, at a minimum, submit an affidavit (or declaration under penalty of perjury) that he is denied all access to jail library facilities and must also clarify precisely what he is seeking.

        Accordingly, IT IS HEREBY ORDERED that:

        1. Petitioner's October 1, 2009, request for an extension of time (Docket No. 12) is granted;

        2. Petitioner is granted twenty-eight days from the date of this order in which to file a response to respondent's motion to dismiss; and

3. To the extent petitioner asks the court to enjoin jail authorities to grant him "pro per" status and/or to order that he be granted an unspecified amount of jail law library access, the request is denied without prejudice as vague and inadequately supported.

DATED: October 13, 2009

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:009/kly
robi1560.111